# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0209

_____

DEPARTMENT OF CHILDREN AND
FAMILIES,

Petitioner,

v.

VINCENT CHISHOLM and STATE
OF FLORIDA,

Respondents.

_____

Petition for Writs of Mandamus and Certiorari—Original
Proceedings.

July 29, 2026

PER CURIAM.

DISMISSED for lack of jurisdiction.

OSTERHAUS, C.J., and RAY and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Logan Bartholomew, Assistant Regional Counsel, Orlando, for Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Tallahassee Bureau Chief, Tallahassee, for Respondents.